STATE of Missouri, Respondent,

v.

John F. NELSON, Appellant.

John F. NELSON, Appellant,

v.

STATE of Missouri, Respondent.

John NELSON, Appellant,

v.

STATE of Missouri, Respondent.

Nos. WD 46002, WD 46017 and WD 47205.

Missouri Court of Appeals,
Western District.

Nov. 16, 1993.

Brad B. Baker, Office of the State Public Defender, Columbia, for appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., Breck K. Burgess, Asst. Atty. Gen., Jefferson City, for respondent.

Before HANNA, P.J., and
LOWENSTEIN and FENNER, JJ.

*ORDER*

PER CURIAM.

Appeal from conviction of three counts of rape, § 566.030, RSMo Supp.1992, two counts of sexual assault in the first degree, § 566.-040, RSMo 1986, and one count of sodomy, § 566.060, RSMo Supp.1992. Appellant also appeals the denial of his Rule 29.15 postconviction relief motion.

Judgment affirmed. Rules 84.16(b) and 30.25(b).